SARA MYERS et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted January 17, 2017; decided February 9, 2017

Submitted January 23, 2017; decided February 9, 2017

Motion by Not Dead Yet et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DiFiore and Judge Wilson taking no part.